

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00002-CV

**IN THE INTEREST OF J.C.W.**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504960
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

Appellee's brief was originally due on July 18, 2016. Because neither the brief nor a motion for extension of time has been filed, we ordered appellee to file its brief no later than August 8, 2016. On August 1, 2016, appellee filed a motion asking this court to (1) order appellant to serve a copy of his amended brief on appellee, (2) require appellee's counsel to file a certificate indicating the date he received a copy of appellant's amended brief, and grant appellee a thirty-day extension of time in which to file its brief.

The Clerk of this court is hereby directed to provide appellee with a copy of appellant's amended brief. We grant appellee's request for an extension of time and appellee is hereby ORDERED to file its brief <u>no later than September 7, 2016</u>. All other requested relief is denied.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.

Keith E. Hottle
Clerk of Court